IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS M. JACKSON and PATRICIA G. JACKSON, as individuals and as representatives of putative classes, | : : : : | Civil Case No.: 2:12-cv-01262-DSC |
| Plaintiff, | : : | |
| v. | : : | |
| WELLS FARGO BANK, N.A., and WELLS FARGO INSURANCE, INC., | : : | |
| Defendants. | : | |

**MOTION FOR JASON A. RISK TO APPEAR *PRO HAC VICE***

NOW COMES, Daniel B. Huyett, Esquire, and moves this Honorable Court to enter an order granting *pro hac vice* admission to Jason A. Risk, Esquire, in the above-captioned action as counsel for Defendants Wells Fargo Bank, N.A., and Wells Fargo Insurance, Inc. (collectively, "Defendants") and in support thereof states as follows:

1. Daniel B. Huyett is a member in good standing of this Court and submits this Motion on behalf of Jason A. Risk pursuant to Local Civil Rule 83.2(B). All applicable fees have been paid in accordance with the Rules.

2. Mr. Risk is an associate in the law firm of Stevens & Lee, P.C., in Valley Forge, Pennsylvania. Stevens & Lee has been retained by Defendants to represent them in the above-captioned action.

3. Mr. Risk is licensed to practice law in the Commonwealth of Pennsylvania. His Pennsylvania Attorney Identification Number is 207984. Mr. Risk is also licensed to practice law in the State of New Jersey. His New Jersey bar number is 017052008. He is admitted to

practice law before the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, and the United States District Court for the Eastern District of Pennsylvania.

4. Mr. Risk has registered to use this Court's ECF system and has read, knows, and understands the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

WHEREFORE, Daniel B. Huyett, Esquire, respectfully requests that this Court enter an Order granting *pro hac vice* admission to Jason A. Risk, Esquire, in the above-captioned action as counsel on behalf of Defendants.

Dated:  September 21, 2012                         STEVENS & LEE

                                                By:  */s/ Daniel B. Huyett*
                                                     Daniel B. Huyett
                                                     Attorney I.D. No. 21385
                                                     111 North Sixth Street
                                                     P.O. Box 679
                                                     Reading, PA  19603-0679
                                                     Telephone:  (610) 478-2219
                                                     Facsimile:  (610) 988-0801
                                                     Email: dbh@stevenslee.com

                                                     *Attorneys for Defendants*
                                                     *Wells Fargo Bank, N.A., and Wells Fargo*
                                                     *Insurance, Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel B. Huyett, hereby certify that on this 21st day of September, 2012, the foregoing **Motion to Appear Pro Hac Vice and Proposed Order** were filed electronically and are available for viewing and downloading from the ECF system of the United States District Court for the Western District of Pennsylvania.  The ECF System's electronic mailing service constitutes service on all parties who have consented to electronic service.

*/s/ Daniel B. Huyett*
Daniel B. Huyett
Attorney I.D. No. 21385
STEVENS & LEE, P.C.
111 North Sixth Street
P.O. Box 679
Reading, PA  19603-0679
Telephone:  (610) 478-2219
Facsimile:  (610) 988-0801
Email: dbh@stevenslee.com