IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS M. JACKSON and PATRICIA G. JACKSON, as individuals and as representatives of putative classes, | : : : **Civil Case No.: 2:12-cv-01262-DSC** |
| Plaintiff, | : |
| v. | : |
| WELLS FARGO BANK, N.A., and WELLS FARGO INSURANCE, INC., | : : |
| Defendants. | : |

### ORDER FOR ADMISSION *PRO HAC VICE*

AND NOW, this _____ day of _____, 2012, upon review of the within Motion to Appear *Pro Hac Vice,* it is hereby ORDERED that Jason A. Risk, Esquire, may appear *Pro Hac Vice* in the above-captioned action on behalf of Defendants.

BY THE COURT:

_____
The Honorable David Stewart Cercone
United States District Court Judge

SL1 1191746v1 104945.00276