IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS M. JACKSON and PATRICIA G. JACKSON, as individuals and as representatives of the classes, | Civil Action No.: 2:12-cv-01262-DSC |
| | Judge David Stewart Cercone |
| Plaintiffs, | ELECTRONICALLY FILED |
| v. | |
| WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE, INC. | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL C. BRYDEN

I, Daniel C. Byden, undersigned counsel for Plaintiffs, hereby move that Daniel C. Bryden be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Daniel C. Bryden filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated:  December 12, 2013               NICHOLS KASTER, PLLP

/s/ Daniel C. Bryden
Daniel C. Bryden, MN Bar No. 0302284
Kai H. Richter, MN Bar No. 0296545*
E. Michelle Drake, MN Bar No. 0387366*
  *(admitted pro hac vice)
Michele R. Fisher, MN Bar No. 303069
    (admitted to practice in W.D.Pa.)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
Email:  krichter@nka.com
            drake@nka.com
            fisher@nka.com

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASSES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS M. JACKSON and PATRICIA G. JACKSON, as individuals and as representatives of the classes,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE, INC.<br><br>　　　　　　　Defendants. | Civil Case No.: 2:12-cv-01262-DSC<br><br>**Judge David Stewart Cercone**<br><br>**ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

I, Daniel C. Bryden, hereby certify that on this 12th day of December, 2013, Plaintiffs' *Motion for Admission Pro Hac Vice of Daniel C. Bryden* was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Western District of Pennsylvania. The ECF System's electronic mailing service constitutes service on all parties who have consented to electronic service.

　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel C. Bryden