# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS M. JACKSON and PATRICIA G. JACKSON, as individuals and as representatives of the classes, | Civil Action No.: 2:12-cv-01262-DSC |
| | Judge David Stewart Cercone |
| Plaintiffs, | ELECTRONICALLY FILED |
| v. | |
| WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE, INC. | |
| Defendants. | |

### AFFIDAVIT OF DANIEL C. BRYDEN IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Daniel C. Byden, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs Thomas M. Jackson and Patricia G. Jackson in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice Admissions* dated May 31, 2006 (Misc. No. 06-151).

I, Daniel C. Bryden, being duly sworn, do hereby depose and say as follows:

1. I am an associate of the law firm Nichols Kaster, PLLP.

2. My business address is 4600 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota, 55402.

3. I am a member in good standing of the bar of the State of Minnesota.

4. My Minnesota bar identification number is 0302284.

5. A current certificate of good standing from the Supreme Court of Minnesota is attached as Exhibit A.

6. I have never been subject to any discipline by any court, jurisdiction, or state.

7. I attest that I am a registered user of the ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Dated: December 12, 2013          */s/ Daniel C. Bryden*
                                  Daniel C. Bryden, MN Bar No. 0302284
                                  NICHOLS KASTER, PLLP
                                  4600 IDS Center
                                  80 South Eighth Street
                                  Minneapolis, MN 55402
                                  Telephone: (612) 256-3200
                                  Fax: (612) 215-6870
                                  Email:dbryden@nka.com

# Exhibit A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

DANIEL CHARLES BRYDEN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 27, 2000

Given under my hand and seal of this court on

December 10, 2013

Margaret Fuller Corneille
Office of Lawyer Registration