IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS M. JACKSON and PATRICIA G. JACKSON, as individuals and as representatives of the classes, | Civil Action No.: 2:12-cv-01262-DSC |
| | Judge David Stewart Cercone |
| Plaintiffs, | ELECTRONICALLY FILED |
| v. | |
| WELLS FARGO BANK, N.A. and WELLS FARGO INSURANCE, INC. | |
| Defendants. | |

[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

AND NOW, this ____ day of _____, 20____, upon review of the Motion to Appear *Pro Hac Vice*, it is hereby ORDERED that Daniel C. Bryden may appear *Pro Hac Vice* in the above-captioned action on behalf of Plaintiffs.

BY THE COURT:

_____
The Honorable David Stewart Cercone
United States District Court Judge