12-1262

December 20. 2014

Judge handling the case Thomas M Jackson, et al V Wells Fargo Bank, NA, et al
USPO & Courthouse
700 Grant Street
Pittsburgh, PA

Dear Judge.

We are in receipt of a notice from the Settlement Administrator, PO Box 1956, Fairbault, PA, where they want to pay us $9.50 to settle the claim.

We received a notice from WFB stating we had to pay for flood insurance, what a shock. We have lived in our home for more than 40 years. It cost us $600 for a land survey company to come out and survey our property. We were six feet above any flood level and it showed, therefore, we were removed from the requirement to pay for flood insurance.

We object to the attorney being paid $1.5 million and we only receive $9.50 for our cost of $600. The people that paid and received the kickback should be charged in put in jail.

There is no justice in this settlement.

Sincerely,

Douglas H. & Lorraine K. Porter

11035 Wynns Rd
Pinckney, MI 48169
734-878-9030
lodopo@peoplepc.com

RECEIVED
DEC 30 2014
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA