# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS M. JACKSON** and **PATRICIA G. JACKSON**, as individuals and as representatives of the classes, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:12cv1262 **Electronic Filing** |
| **WELLS FARGO BANK, N.A.** and **WELLS FARGO INSURANCE, INC.**, | ) ) ) | |
| Defendants. | ) | |

## HEARING ON PROPOSED CLASS ACTION SETTLEMENT
### Before Judge David Stewart Cercone

| | |
|---|---|
| Appear for Plaintiff: | Kai H. Richter, Esquire |
| Appear for Defendants: | Michael J. Steiner, Esquire; Steven J. Adams, Esquire |
| Appear for Objectors: | Adam E. Schulman - Objector Wei Cyrus Hung |
| | Daniel M. Samson – Objectors Alejandro Diaz and Mayda Hahhas |
| Hearing date: | 3/5/15 |
| Hearing begun: | 11:00 a.m. |
| Hearing concluded: | 12:10 p.m. |
| Stenographer: | ~~xxxxxx~~ ~~None~~ Julie Kienzle |
| Clerk/Deputy Clerk: | Mark W. Mohney |

REMARKS: Court was convened and each party and each counsel for the objectors provided an oral overview and argument regarding their respective positions. The Motion for Final Approval of Class Action Settlement and the Motion for Attorney Fees and Expenses were taken under advisement.