IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS M. JACKSON** and )<br>**PATRICIA G. JACKSON**, as individuals )<br>and as representatives of the classes, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**WELLS FARGO BANK, N.A.** and )<br>**WELLS FARGO INSURANCE, INC.**, )<br>)<br>Defendants. ) | 2:12cv1262<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 30th day of September, 2015, for the reasons set forth in the opinion filed on this date, IT IS ORDERED that the objections by Douglas H. and Lorraine K. Porter, Alejandro Diaz and Mayda Nahhas, Anne J. Edouard and Joel Masamvu, Billy and Carolyn Arnold, James S. Johnson, Jr., John and Caroline Metcalf, and Wei Cyrus Hung to (1) the proposed class action settlement and/or (2) the motion for attorney fees and expenses be, and the same hereby are, overruled;

IT FURTHER IS ORDERED that for the same reasons [96] the parties' motion for final approval of class action settlement be, and for the same hereby is, granted. The parties' proposed Final Approval Order will follow.

s/David Stewart Cercone<br>
David Stewart Cercone<br>
United States District Judge

cc:     Michele R. Fisher, Esquire
        E. Michelle Drake, Esquire
        Kai H. Richter, Esquire
        Jonah S. Van Zandt, Esquire
        Mark D. Lonergan, Esquire
        Michael J. Steiner, Esquire
        Philip Barilovits, Esquire
        Steven J. Adams, Esquire

(*Via CM/ECF Electronic Mail*)